**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sharinn & Lipshie P.C.** |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   **11-2239931**

4. **Debtor's address**

   **Principal place of business**

   **50 Charles Lindbergh Boulevard
   Suite 604
   Uniondale, NY 11553**
   Number, Street, City, State & ZIP Code

   **Nassau**
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Sharinn & Lipshie P.C.**                                    Case number *(if known)* _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Sharinn & Lipshie P.C.**                                                    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
         Contact name      _____
         Phone             _____

---

**▮  Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000  ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  ☐ $10,000,001 - $50  million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☑ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

---

| Debtor | **Sharinn & Lipshie P.C.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2018**
MM / DD / YYYY

**X** **/s/ Harvey Sharinn**                                    **Harvey Sharinn**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Heath S. Berger**                              Date **January 29, 2018**
Signature of attorney for debtor                                    MM / DD / YYYY

**Heath S. Berger**
Printed name

**Berger, Fischoff & Shumer, LLP**
Firm name

**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**hb-7802**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2018**        X /s/ Harvey Sharinn
                                            Signature of individual signing on behalf of debtor

                                            **Harvey Sharinn**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Sharinn & Lipshie P.C.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ansell Williams 176-27 127th Avenue Jamaica, NY 11434** | | **Vendor** | | | | **$24,122.80** |
| **Avaya Financial Services 21146 Network Place Chicago, IL 60673-1211** | | **Vendor** | | | | **$8,294.94** |
| **Bracken & Margolin LLP 1050 Old Nichols Road Suite 200 Islandia, NY 11749** | | **Vendor** | | | | **$9,183.05** |
| **Cloud Clarity 414 Gateway Boulevard Burnsville, MN 55337** | | **Vendor** | | | | **$4,708.58** |
| **Considine Greenwald Davidson Radbil PLLC 5550 Glades Road Suite 500 Boca Raton, FL 33431** | | **Lawsuit** | | | | **$28,167.04** |
| **DenMark Technologies LLC PO Box 292 Franklin Square, NY 11010** | | **Vendor** | | | | **$5,110.00** |
| **Experian PO Box 881971 Los Angeles, CA 90088-1971** | | **Vendor** | | | | **$5,918.94** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Sharinn & Lipshie P.C.** | | Case number *(if known)* | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Insurance Funding Corp 450 Skokie Boulevard Suite 1000 Northbrook, IL 60062-3709** | | **Vendor** | | | | **$12,888.40** |
| **Hedi Labidi on Behalf of Himself and All Others Similarly Situated Mitchell L Pashkin Esq 775 Park Avenue Suite 255 Huntington, NY 11743** | | **Lawsuit; Index no.: 618968/17** | | | | **$550,000.00** |
| **Hunter Ahmad Keshavarz Esq 16 Court Street Brooklyn, NY 11241** | | **Lawsuit** | | | | **$40,000.00** |
| **Kaufman Dolowich & Voluck LLP 135 Crossways Park Drive Suite 201 Woodbury, NY 11797** | | **Vendor** | | | | **$7,147.50** |
| **Lexis Nexus #149J1S 28330 Network Place Chicago, IL 60673-1283** | | **Vendor** | | | | **$6,593.50** |
| **Malgora Ahmad Keshavarz Esq 16 Court Street Brooklyn, NY 11241** | | **Lawsuit** | | | | **$23,170.00** |
| **Pitney Bowes Global Financial PO Box 371887 Pittsburgh, PA 15250-7887** | | **Vendor** | | | | **$29,641.71** |
| **Renald Rodriguez Joseph A Altman Esq 1009 East 163rd Street Bronx, NY 10459** | | **Lawsuit** | | | | **$16,482.42** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Sharinn & Lipshie P.C.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roseann Iuvara 39 Ski Lane Mill Neck, NY 11765** | | **Vendor** | | | | **$17,391.98** |
| **RXR Realty 625 RXR Plaza Uniondale, NY 11556** | | **Vendor** | | | | **$6,704.44** |
| **Shawn Clauther 160-07 108th Avenue Jamaica, NY 11433** | | **Vendor** | | | | **$8,398.56** |
| **Tele-Verse Communications 730 Blue Point Road Holtsville, NY 11742** | | **Services** | | | | **$1,738.00** |
| **Vertican Technologies Inc 55 Lane Road Suite 210** | | **Vendor** | | | | **$10,761.11** |

**Fill in this information to identify the case:**

Debtor name   **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*.................................................................................................... $ **0.00**

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*.................................................................................................. $ **168,320.98**

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*.................................................................................................... $ **168,320.98**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
  Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **120,893.60**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **0.00**

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **824,601.77**

4.   **Total liabilities** ...................................................................................................................
  Lines 2 + 3a + 3b

  $ **945,495.37**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                                                   12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Capital One National Association**<br>Creditor's Name<br>**Loan Administration Department**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**90 days or less: Accounts Receivable** | $98,000.00 | $47,074.96 |

Creditor's email address, if known

**Date debt was incurred**
**Prior to 10/17**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Leaf Capital Funding LLC**<br>Creditor's Name<br>**2005 Market Street**<br>**14th Floor**<br>**Philadelphia, PA 19103**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**18 Monitors, 18 Computers, 1 Server, 20 Telephones,  1 Dialer, 4 Televisions, 1 Mail Slicer & 13 Security Cameras** | $22,893.60 | $12,120.00 |

Creditor's email address, if known

**Date debt was incurred**
**Prior to 10/17**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor **Sharinn & Lipshie P.C.**
_____
Name

Case number (if know) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$120,893.60** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capital One Bank**<br>**PO Box 1801**<br>**Laurel, MD 20725** | Line _**2.1**_ | |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Alliance of Creditor Attorneys**<br>**2550 Corporate Exchange Drive**<br>**Columbus, OH 43231**<br>Date(s) debt was incurred **Prior to 10/17**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,650.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Ansell Williams**<br>**176-27 127th Avenue**<br>**Jamaica, NY 11434**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$24,122.80** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Avaya Financial Services**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211**<br>Date(s) debt was incurred **Prior to 10/17**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$8,294.94** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Bracken & Margolin LLP**<br>**1050 Old Nichols Road**<br>**Suite 200**<br>**Islandia, NY 11749**<br>Date(s) debt was incurred **Prior to 10/17**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vendor**<br>Is the claim subject to offset? ☒ No  ☐ Yes | **$9,183.05** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     50728     Best Case Bankruptcy

| Debtor | **Sharinn & Lipshie P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,708.58** |
|---|---|---|---|

**Cloud Clarity**
**414 Gateway Boulevard**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,167.04** |
|---|---|---|---|

**Considine**
**Greenwald Davidson Radbil PLLC**
**5550 Glades Road**
**Suite 500**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Lawsuit**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$266.90** |
|---|---|---|---|

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,110.00** |
|---|---|---|---|

**DenMark Technologies LLC**
**PO Box 292**
**Franklin Square, NY 11010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$418.73** |
|---|---|---|---|

**Edge Tech NY**
**2150 Decker Avenue**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$963.15** |
|---|---|---|---|

**Everbank Commercial Finance Inc**
**PO Box 911608**
**Denver, CO 80291-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,918.94** |
|---|---|---|---|

**Experian**
**PO Box 881971**
**Los Angeles, CA 90088-1971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sharinn & Lipshie P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,888.40** |
|---|---|---|---|
| | **First Insurance Funding Corp**<br>**450 Skokie Boulevard**<br>**Suite 1000**<br>**Northbrook, IL 60062-3709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$393.27** |
|---|---|---|---|
| | **General Bar Inc**<br>**25000 Center Ridge Road**<br>**Cleveland, OH 44145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Harold Green**<br>**Adam J. Fishbein**<br>**Attorney at Law**<br>**735 Central Avenue**<br>**Woodmere, NY 11598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Possible FDCPA Violation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$550,000.00** |
|---|---|---|---|
| | **Hedi Labidi on Behalf of Himself and All**<br>**Others Similarly Situated**<br>**Mitchell L Pashkin Esq**<br>**775 Park Avenue Suite 255**<br>**Huntington, NY 11743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Lawsuit; Index no.: 618968/17** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|
| | **Hunter**<br>**Ahmad Keshavarz Esq**<br>**16 Court Street**<br>**Brooklyn, NY 11241** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Hunter**<br>**Asta Representation**<br>**210 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|---|
| | **J and E Process Service Inc**<br>**901 North Broadway**<br>**Suite 18**<br>**White Plains, NY 10603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 10/17** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Sharinn & Lipshie P.C.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $7,147.50 |

**Kaufman Dolowich & Voluck LLP**
**135 Crossways Park Drive**
**Suite 201**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $6,593.50 |

**Lexis Nexus #149J1S**
**28330 Network Place**
**Chicago, IL 60673-1283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2.17 |

**Lexus Nexis**
**28330 Network Plaza**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $23,170.00 |

**Malgora**
**Ahmad Keshavarz Esq**
**16 Court Street**
**Brooklyn, NY 11241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:  Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**Mayorga**
**16 Court Street**
**Brooklyn, NY 11241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

**Basis for the claim:  Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $29,641.71 |

**Pitney Bowes Global Financial**
**PO Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. Unknown |

**Prosper/Web Bank**
**215 South State Street**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sharinn & Lipshie P.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$216.57**

**Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred  **Prior to 10/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.63**

**Quality Shredding**
PO Box 594
Deer Park, NY 11729

Date(s) debt was incurred  **Prior to 10/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,482.42**

**Renald Rodriguez**
Joseph A Altman Esq
1009 East 163rd Street
Bronx, NY 10459

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,391.98**

**Roseann Iuvara**
39 Ski Lane
Mill Neck, NY 11765

Date(s) debt was incurred  **Prior to 10/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Russell Etts**
29 Sunset Drive
Centereach, NY 11720

Date(s) debt was incurred  **Prior to 10/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,704.44**

**RXR Realty**
625 RXR Plaza
Uniondale, NY 11556

Date(s) debt was incurred  **Prior to 10/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,398.56**

**Shawn Clauther**
160-07 108th Avenue
Jamaica, NY 11433

Date(s) debt was incurred  **Prior to 10/17**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Sharinn & Lipshie P.C.** _____ Case number (if known) _____

      Name

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370.14** |
|---|---|---|---|

**Staples**
**PO Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$271.56** |
|---|---|---|---|

**Suffolk Lock & Security Professionals**
**430 West Montauk Highway**
**Lindenhurst, NY 11757-5655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.76** |
|---|---|---|---|

**Surefire Data Solutions LLC**
**250 North Sunnyslope Road**
**Suite 220**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,738.00** |
|---|---|---|---|

**Tele-Verse Communications**
**730 Blue Point Road**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**TransUnion**
**20 Constance Court**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,761.11** |
|---|---|---|---|

**Vertican Technologies Inc**
**55 Lane Road**
**Suite 210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 10/17**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,360.92** |
|---|---|---|---|

**Voda Networks Inc**
**376 Larkfield Road**
**Suite C**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Sharinn & Lipshie P.C.** _____    Case number (if known) _____
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DenMark Technolgies LLC**<br>**547 Livingston Street**<br>**Westbury, NY 11590** | Line  **3.8**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b.  +  $ | **824,601.77** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **824,601.77** |

**Fill in this information to identify the case:**

Debtor name    **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for office space** <br><br> State the term remaining <br><br> List the contract number of any government contract | **50 Charles Lindbergh Boulevard SPE LLC** <br> **50 Charles Lindbergh Boulevard** <br> **Uniondale, NY 11553** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for copy machine** <br><br> State the term remaining <br><br> List the contract number of any government contract | **EverBank Commercial Finance** <br> **10 Waterview Boulevard** <br> **Parsippany, NJ 07054** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for computers** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Leaf Capital Funding LLC** <br> **2005 Market Street** <br> **14th Floor** <br> **Philadelphia, PA 19103** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for postage machine** <br><br> State the term remaining <br><br> List the contract number of any government contract    **XXXX6007** | **Pitney Bows Inc** <br> **PO Box 85390** <br> **Louisville, KY 40285** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name    **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State     Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State     Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State     Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State     Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Sharinn & Lipshie P.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** <br> Check all that apply | **Gross revenue** <br> (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** <br> From **1/01/2018** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$63,277.00** |
   | **For prior year:** <br> From **1/01/2017** to **12/31/2017** | ■ Operating a business <br> ☐ Other _____ | **$840,397.80** |
   | **For year before that:** <br> From **1/01/2016** to **12/31/2016** | ■ Operating a business <br> ☐ Other _____ | **$1,275,484.00** |
   | **For the fiscal year:** <br> From **1/01/2015** to **12/31/2015** | ■ Operating a business <br> ☐ Other _____ | **$1,432,076.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** <br> (before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Sharinn & Lipshie P.C.**                                    Case number *(if known)*

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Considine v Debtor** | **FDCA** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Mayorga v Debtor** | **FDCA** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Malgora v Debtor** | **FDCA** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Hunter v Debtor** | **FDCA** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Sharinn & Lipshie P.C. | Case number *(if known)* |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Hunter v Debtor | FDCA | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Renald Rodriguez v Debtor | FDCA | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Hedi Labidi v Debtor | FDCA | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Hedi Labidi on Behalf of Himself and All Others Similiarly Situated v Debtor 618968/17 | FDCA | Supreme Court State of New York County of Suffolk | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Sharinn & Lipshie P.C.**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Berger, Fischoff & Shumer, LLP**<br>**6901 Jericho Turnpike**<br>**Suite 230**<br>**Syosset, NY 11791** | $10,000.00 plus $1,717.00 filing fee | | $0.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

| Debtor | **Sharinn & Lipshie P.C.** | Case number *(if known)* | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Information necessary to collect on outstanding debts**

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Sharinn & Lipshie P.C. 401(k) Profit Sharing Plan & Trust** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | Sharinn & Lipshie P.C. | Case number *(if known)* | |
|---|---|---|---|

not list leased or rented property.

■ None

**Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Barnes & Co** | **2011-present** |

Debtor    **Sharinn & Lipshie P.C.**                           Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Barnes & Co** | **2011-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Barnes & Co** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harvey Sharinn** | **1725 York Avenue Apartment 26C New York, NY 10128** | **President** | **65%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Sharinn** | **67-13 102nd Street Apartment 2R Forest Hills, NY 11375** | **Vice President** | **35%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  __Sharinn & Lipshie P.C._____    Case number *(if known)* _____

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | To Be Determined | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __January 29, 2018_____

__/s/ Harvey Sharinn_____          __Harvey Sharinn_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor  __President_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Eastern District of New York

In re    **Sharinn & Lipshie P.C.**                   Case No. 
                                   Debtor(s)      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **January 29, 2018**                **/s/ Harvey Sharinn**

                                          **Harvey Sharinn/President**
                                          Signer/Title

Date:    **January 29, 2018**                **/s/ Heath S. Berger**

                                          Signature of Attorney
                                          **Heath S. Berger**
                                          **Berger, Fischoff & Shumer, LLP**
                                          **6901 Jericho Turnpike**
                                          **Suite 230**
                                          **Syosset, NY 11791**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

50 Charles Lindbergh Boulevard SPE LLC
50 Charles Lindbergh Boulevard
Uniondale NY 11553

American Alliance of Creditor Attorneys
2550 Corporate Exchange Drive
Columbus OH 43231

Ansell Williams
176-27 127th Avenue
Jamaica NY 11434

Avaya Financial Services
21146 Network Place
Chicago IL 60673-1211

Bracken & Margolin LLP
1050 Old Nichols Road
Suite 200
Islandia NY 11749

Capital One Bank
PO Box 1801
Laurel MD 20725

Capital One National Association
Loan Administration Department
1680 Capital One Drive
Mc Lean VA 22102

Cloud Clarity
414 Gateway Boulevard
Burnsville MN 55337

Considine
Greenwald Davidson Radbil PLLC
5550 Glades Road
Suite 500
Boca Raton FL 33431

CT Corporation
PO Box 4349
Carol Stream IL 60197-4349

DenMark Technolgies LLC
547 Livingston Street
Westbury NY 11590


DenMark Technologies LLC
PO Box 292
Franklin Square NY 11010


Edge Tech NY
2150 Decker Avenue
Merrick NY 11566


EverBank Commercial Finance
10 Waterview Boulevard
Parsippany NJ 07054


Everbank Commercial Finance Inc
PO Box 911608
Denver CO 80291-1608


Experian
PO Box 881971
Los Angeles CA 90088-1971


First Insurance Funding Corp
450 Skokie Boulevard
Suite 1000
Northbrook IL 60062-3709


General Bar Inc
25000 Center Ridge Road
Cleveland OH 44145


Harold Green
Adam J. Fishbein
Attorney at Law
735 Central Avenue
Woodmere NY 11598


Hedi Labidi on Behalf of Himself and All
Others Similarly Situated
Mitchell L Pashkin Esq
775 Park Avenue Suite 255
Huntington NY 11743

Hunter
Ahmad Keshavarz Esq
16 Court Street
Brooklyn NY 11241


Hunter
Asta Representation
210 Sylvan Avenue
Englewood Cliffs NJ 07632


J and E Process Service Inc
901 North Broadway
Suite 18
White Plains NY 10603


Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive
Suite 201
Woodbury NY 11797


Leaf Capital Funding LLC
2005 Market Street
14th Floor
Philadelphia PA 19103


Leaf Capital Funding LLC
2005 Market Street
14th Floor
Philadelphia PA 19103


Lexis Nexus #149J1S
28330 Network Place
Chicago IL 60673-1283


Lexus Nexis
28330 Network Plaza
Chicago IL 60673


Malgora
Ahmad Keshavarz Esq
16 Court Street
Brooklyn NY 11241


Mayorga
16 Court Street
Brooklyn NY 11241

Pitney Bowes Global Financial
PO Box 371887
Pittsburgh PA 15250-7887

Pitney Bows Inc
PO Box 85390
Louisville KY 40285

Prosper/Web Bank
215 South State Street
Salt Lake City UT 84111

Purchase Power
PO Box 371874
Pittsburgh PA 15250-7874

Quality Shredding
PO Box 594
Deer Park NY 11729

Renald Rodriguez
Joseph A Altman Esq
1009 East 163rd Street
Bronx NY 10459

Roseann Iuvara
39 Ski Lane
Mill Neck NY 11765

Russell Etts
29 Sunset Drive
Centereach NY 11720

RXR Realty
625 RXR Plaza
Uniondale NY 11556

Shawn Clauther
160-07 108th Avenue
Jamaica NY 11433

Staples
PO Box 415256
Boston MA 02241-5256

Suffolk Lock & Security Professionals
430 West Montauk Highway
Lindenhurst NY 11757-5655


Surefire Data Solutions LLC
250 North Sunnyslope Road
Suite 220
Brookfield WI 53005


Tele-Verse Communications
730 Blue Point Road
Holtsville NY 11742


TransUnion
20 Constance Court
Hauppauge NY 11788


Vertican Technologies Inc
55 Lane Road
Suite 210


Voda Networks Inc
376 Larkfield Road
Suite C
East Northport NY 11731