Berger, Fischoff & Shumer, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Heath S. Berger, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                    Chapter 11

SHARINN & LIPSHIE, P.C.                                                   Case No.

                Debtor                                         **AFFIDAVIT PURSUANT**
                                                       **TO RULE 1007-4**
-------------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU) ss.;

       Harvey Sharinn, being duly sworn, deposes and says:

       1.     I am the majority shareholder of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

       2.     The debtor is filing contemporaneously herewith, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

       3.     There are no prior bankruptcy case filings by this Debtor.

       4.     The Debtor is a New York corporation. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. All stock issued and outstanding is common stock of one class. I am the 65% owner of Sharinn & Lipshie, P.C and Scott Sharinn is the 35% owner.

5. The Debtor is a law firm that specializes in collection matters. The Debtor's financial situation has slowly deteriorated over the last number of years based on the fact that collections have been slow, a number of accounts have been lost and they are currently a defendant in a number of a Fair Debt Collection Act cases.

6. The Debtor intends to use the Chapter 11 process to stabilize its financial affairs and try to merge with another collection agency/law firm.

7. There is no pre-petition creditors committee.

8. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

9. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity. The Debtor does has one secured creditor - Capital One Bank N.A. with an outstanding principal balance of approximately $100,000.00.

10. There are no actions pending by the Debtor.

11. The Debtor's assets have been included on the Debtor's Schedule B - Personal Property, filed simultaneously herewith.

12. The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed simultaneously herewith.

SHARINN & LIPSHIE, P.C.

_____
Harvey Sharinn

Sworn to before me this
29th day of January, 2018

_____
Notary Public

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20__