# Notice Recipients

District/Off: 0207−8           User: dcorsini           Date Created: 2/8/2018
Case: 8−18−70853−reg           Form ID: 309F            Total: 55

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sharinn & Lipshie P.C.   50 Charles Lindbergh Boulevard   Suite 604   Uniondale, NY 11553 | |
| aty | Heath S Berger   Berger, Fischoff & Shumer, LLP   6901 Jericho Turnpike   Suite 230   Syosset, NY 11791 | |
| smg | United States of America   Secretary of the Treasury   15th Street & Pennsylvania Ave. NW   Washington, DC 20220 | |
| smg | NYS Unemployment Insurance   Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12201 | |
| smg | NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205 | |
| smg | Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101−7346 | |
| smg | NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719 | |
| smg | United States Trustee   Office of the United States Trustee   Long Island Federal Courthouse   560 Federal Plaza   Central Islip, NY 11722−4437 | |
| 9193544 | 50 Charles Lindbergh Boulevard SPE LLC   50 Charles Lindbergh Boulevard   Uniondale NY 11553 | |
| 9193545 | American Alliance of Creditor Attorneys   2550 Corporate Exchange Drive   Columbus OH 43231 | |
| 9193546 | Ansell Williams   176−27 127th Avenue   Jamaica NY 11434 | |
| 9193547 | Avaya Financial Services   21146 Network Place   Chicago IL 60673−1211 | |
| 9193548 | Bracken & Margolin LLP   1050 Old Nichols Road   Suite 200   Islandia NY 11749 | |
| 9193553 | CT Corporation   PO Box 4349   Carol Stream IL 60197−4349 | |
| 9193549 | Capital One Bank   PO Box 1801   Laurel MD 20725 | |
| 9193550 | Capital One National Association   Loan Administration Department   1680 Capital One Drive   Mc Lean VA 22102 | |
| 9193551 | Cloud Clarity   414 Gateway Boulevard   Burnsville MN 55337 | |
| 9193552 | Considine   Greenwald Davidson Radbil PLLC   5550 Glades Road   Suite 500   Boca Raton FL 33431 | |
| 9193554 | DenMark Technolgies LLC   547 Livingston Street   Westbury NY 11590 | |
| 9193555 | DenMark Technologies LLC   PO Box 292   Franklin Square NY 11010 | |
| 9193556 | Edge Tech NY   2150 Decker Avenue   Merrick NY 11566 | |
| 9193557 | EverBank Commercial Finance   10 Waterview Boulevard   Parsippany NJ 07054 | |
| 9193558 | Everbank Commercial Finance Inc   PO Box 911608   Denver CO 80291−1608 | |
| 9193559 | Experian   PO Box 881971   Los Angeles CA 90088−1971 | |
| 9193560 | First Insurance Funding Corp   450 Skokie Boulevard   Suite 1000   Northbrook IL 60062−3709 | |
| 9193561 | General Bar Inc   25000 Center Ridge Road   Cleveland OH 44145 | |
| 9193562 | Harold Green   Adam J. Fishbein   Attorney at Law   735 Central Avenue   Woodmere NY 11598 | |
| 9193563 | Hedi Labidi on Behalf of Himself and All   Others Similarly Situated   Mitchell L Pashkin Esq   775 Park Avenue Suite 255   Huntington NY 11743 | |
| 9193564 | Hunter   Ahmad Keshavarz Esq   16 Court Street   Brooklyn NY 11241 | |
| 9193565 | Hunter   Asta Representation   210 Sylvan Avenue   Englewood Cliffs NJ 07632 | |
| 9193566 | J and E Process Service Inc   901 North Broadway   Suite 18   White Plains NY 10603 | |
| 9193567 | Kaufman Dolowich & Voluck LLP   135 Crossways Park Drive   Suite 201   Woodbury NY 11797 | |
| 9193568 | Leaf Capital Funding LLC   2005 Market Street   14th Floor   Philadelphia PA 19103 | |
| 9193569 | Leaf Capital Funding LLC   2005 Market Street   14th Floor   Philadelphia PA 19103 | |
| 9193570 | Lexis Nexus #149J1S   28330 Network Place   Chicago IL 60673−1283 | |
| 9193571 | Lexus Nexis   28330 Network Plaza   Chicago IL 60673 | |
| 9193572 | Malgora   Ahmad Keshavarz Esq   16 Court Street   Brooklyn NY 11241 | |
| 9193573 | Mayorga   16 Court Street   Brooklyn NY 11241 | |
| 9193574 | Pitney Bowes Global Financial   PO Box 371887   Pittsburgh PA 15250−7887 | |
| 9193575 | Pitney Bows Inc   PO Box 85390   Louisville KY 40285 | |
| 9193576 | Prosper/Web Bank   215 South State Street   Salt Lake City UT 84111 | |
| 9193577 | Purchase Power   PO Box 371874   Pittsburgh PA 15250−7874 | |
| 9193578 | Quality Shredding   PO Box 594   Deer Park NY 11729 | |
| 9193582 | RXR Realty   625 RXR Plaza   Uniondale NY 11556 | |
| 9193579 | Renald Rodriguez   Joseph A Altman Esq   1009 East 163rd Street   Bronx NY 10459 | |
| 9193580 | Roseann Iuvara   39 Ski Lane   Mill Neck NY 11765 | |
| 9193581 | Russell Etts   29 Sunset Drive   Centereach NY 11720 | |
| 9193583 | Shawn Clauther   160−07 108th Avenue   Jamaica NY 11433 | |
| 9193584 | Staples   PO Box 415256   Boston MA 02241−5256 | |
| 9193585 | Suffolk Lock & Security Professionals   430 West Montauk Highway   Lindenhurst NY 11757−5655 | |
| 9193586 | Surefire Data Solutions LLC   250 North Sunnyslope Road   Suite 220   Brookfield WI 53005 | |
| 9193587 | Tele−Verse Communications   730 Blue Point Road   Holtsville NY 11742 | |
| 9193588 | TransUnion   20 Constance Court   Hauppauge NY 11788 | |
| 9193589 | Vertican Technologies Inc   55 Lane Road   Suite 210 | |
| 9193590 | Voda Networks Inc   376 Larkfield Road   Suite C   East Northport NY 11731 | |

TOTAL: 55