UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In re:

SHARINN & LIPSHIE, PC.

Chapter 11
Case No.: 18-70853

Debtor.
----------------------------------------------------------------------X

## ORDER SCHEDULING HEARING

UPON the application (the "Application") of the Debtor SHARINN & LIPSHIE, P.C. (the "Debtor"), for an Order scheduling an emergency hearing on its motion (a) authoring the Debtors use of cash collateral; and (b) authorizing the payment of prepetition wages and related benefits.

For good cause shown, it is hereby

**ORDERED**, that the Motions will be heard before the Honorable Judge Robert E. Grossman on February 14, 2018 at 1:30 p.m. in Courtroom 860, United States Bankruptcy Court, Eastern District of New York 560 Federal Plaza, Central Islip, New York 11722; and it is further

**ORDERED**, that by February 9, 2018 the Debtor's counsel must serve a copy of this Order together with the Motions by email, or if not known, by overnight courier, upon the following parties: The Office of the United States Trustee for the Eastern District of New York, Attn: Alfred Dimino, Esq., all parties who have filed a notice of appearance in this case; the Debtor's twenty largest unsecured creditors; any party asserting a lien upon the Debtor's assets; and any Creditors Committee and its Counsel; if appointed; and it is further

**ORDERED,** that written objections shall be filed by February 13, 2018 at 3:00pm, and oral objections will be heard at the hearing; and it is further

Case 8-18-70853-reg    Doc 13    Filed 02/09/18    Entered 02/09/18 12:26:25

**ORDERED**, that the Debtor's counsel shall file a certificate of service of this Order and the Motion with the Clerk of the Court by February 12, 2018.



Dated: Central Islip, New York  
February 9, 2018

_____  
Robert E. Grossman  
United States Bankruptcy Judge