UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                  Chapter 11

SHARINN & LIPSHIE, P.C.                                          Case No.: 18-70853


                                            Debtor
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NASSAU    )

Angelique Filardi, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Plainview, New York.

On February 9, 2018, deponent served a copy of the within **Order Scheduling Hearing, Motion for Conditional Use of Cash Collateral and Motion to Authorize Payment of Pre-Petition Wages and Related Benefits** by overnight mail upon the parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly address wrapper, in an official depository under the exclusive care and custody of Federal Express within the State of New York by overnight mail.

To: * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 12th
day of February, 2018

_____
NOTARY PUBLIC

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 2019

U.S. Trustee
United States Trustee
Long Island Federal Courthouse
560 Federal Plaza, Room 560
Central Islip, New York 11722

Capital One National Association
Loan Administration Department
1680 Capital One Drive
McLean, VA 22102

Leaf Capital Funding, LLC
2005 Market Street, 14th Floor
Philadelphia, PA 19103

Den Mark Technologies, Inc.
P.O. Box 292
Franklin Square, New York 11010

Experian
P.O. Box 881971
Los Angeles, CA 90088

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250

Considine Greenwald Davidson
Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431

First Insurance Funding Corp.
450 Skokie Boulevard, Suite 1000
Northbrook, IL 60062

Hedi Labidi
Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, New York 11743

Malgora
Ahmad Keshavarz, Esq.
16 Court Street
Brooklyn, New York 11241

Ansell Williams
176-27 127th Avenue
Jamaica, New York 11434

Avaya Financial Services
21146 Network Place
Chicago, IL 60673

Bracken & Margolin, LLP
1050 Old Nichols Road, Suite 200
Islandia, New York 11749

Cloud Clarity
414 Gateway Boulevard
Burnsville, MN 55337

DenMark Technologies, LLC
P.O. Box 292
Franklin Square, New York 11010

Experian
P.O. Box 881971
Los Angeles, CA 90088

Hunter Ahmad Keshavarz, Esq.
16 Court Street
Brooklyn, New York 11241

Kaufman Dolowich & Volluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Lexis Nexus
28330 Network Place
Chicago, IL 60673

Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250

Renald Rodriguez
Joseph A. Altman, Esq.
1009 East 163rd Street
Bronx, New York 10459

Roseann Iuvara
39 Ski Lane
Mill Neck, New York 11765

RXR Realty
625 RXR Plaza
Uniondale, New York 11556

Shawn Clauther
160-07 108th Avenue
Jamaica, New York 11433

Tele-Verse Communications
730 Blue Point Road
Holtsville, NEW York 11742

Vertican Technologies, Inc.
55 Lane Road, Suite 210
Fairfield, New Jersey 07004